UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERARD WIENER, individually,
and as personal representative
of the estate of ROLAND WIENER,

       Plaintiffs,

v.

BANKERS TRUST COMPANY,
a foreign company, GMAC
MORTGAGE, LLC, a Delaware
corporation, FEDERAL HOME LOAN
MORTGAGE CORPORATION, a foreign
corporation, JEFFREY BASKIN,
an individual, and LAUREN NEWMAN,
an individual,

       Defendants,

AND

JEFFREY BASKIN, an individual,
and LAUREN NEWMAN, an individual,

       Defendants/Counter-Plaintiffs,

v.

GERARD WIENER, individually,
and as personal representative
of the estate of ROLAND WIENER,

       Plaintiff/Counter-Defendant,

and

FEDERAL HOME LOAN
MORTGAGE CORPORATION,
a foreign corporation,

       Defendant/Cross-Defendant.

_____/

Case No. 11-CV-10770
HON. GEORGE CARAM STEEH

## ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT (#21)

On June 22, 2010, plaintiffs filed a complaint in Oakland County Circuit Court asserting various claims relating to the foreclosure of Roland Weiner's property and seeking to have the foreclosure sale set aside. On November 24, 2010, plaintiffs filed a first amended complaint and Federal Home Loan Mortgage Corporation was added as a defendant. On February 24, 2011, the case was removed to this court. On August 4, 2011, plaintiffs filed a motion seeking leave to file a second amended complaint. The second amended complaint contains a new claim of slander of title. The deadline for responding to the motion has passed and defendants did not file a response. The court finds that oral argument is not necessary. See Local Rule 7.1(f). For the reasons set forth in plaintiffs' motion, the court GRANTS plaintiffs' motion for leave to file a second amended complaint. Plaintiffs shall file the second amended complaint by October 19, 2011.

SO ORDERED.

Dated: October 13, 2011

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 13, 2011, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk