UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERARD WIENER, individually,
and as personal representative
of the estate of ROLAND WIENER,

       Plaintiffs,

v.

       Case No. 11-CV-10770
       HON. GEORGE CARAM STEEH

BANKERS TRUST COMPANY,
a foreign company, GMAC
MORTGAGE, LLC, a Delaware
corporation, FEDERAL HOME LOAN
MORTGAGE CORPORATION, a foreign
corporation, JEFFREY BASKIN,
an individual, and LAUREN NEWMAN,
an individual,

       Defendants,

AND

JEFFREY BASKIN, an individual,
and LAUREN NEWMAN, an individual,

       Defendants/Counter-Plaintiffs,

v.

GERARD WIENER, individually,
and as personal representative
of the estate of ROLAND WIENER,

       Plaintiff/Counter-Defendant,

and

FEDERAL HOME LOAN
MORTGAGE CORPORATION,
a foreign corporation,

       Defendant/Cross-Defendant.

_____/

ORDER RECOGNIZING BANKRUPTCY STAY AS TO DEBTOR-DEFENDANT

On May 21, 2012, the court was notified that defendant GMAC Mortgage, LLC filed a Chapter 11 petition with the United States Bankruptcy Court for the Southern District of New York.  The Bankruptcy Code imposes an automatic stay as to the debtor-defendant, to protect such debtor from a judicial action to recover a claim against it that arose before the commencement of the bankruptcy case.  11 U.S.C. § 362(a).

IT IS HEREBY ORDERED that the bankruptcy stay prevents further prosecution of the above-captioned case against defendant GMAC Mortgage, LLC only.

Dated:  May 29, 2012

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 29, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---