UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD WIENER,

        Plaintiff,

                                    CASE NO. 11-CV-10770
v.                              HONORABLE GEORGE CARAM STEEH

BANKERS TRUST COMPANY et al.,

        Defendants.
_____/

## ORDER AWARDING COSTS

On February 10, 2014, this court granted defendants' motion for discharge of lis pendens and ordered plaintiff to pay costs and expenses defendants incurred in filing their motion pursuant to MCL § 600.2725(4), and ordered defendants to submit an itemized list of their costs and expenses in writing, supported by affidavit. Defendants have now done so. Accordingly, IT IS ORDERED that plaintiff pay costs and expenses of $1,973.50 to be made payable to First American Title Insurance Company by way of a cashier's check, on or before May 1, 2014.

**IT IS SO ORDERED**.

Dated: April 1, 2014

                                                    s/George Caram Steeh
                                                    GEORGE CARAM STEEH
                                                    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 1, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk